

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2021

**BY EMAIL**

Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Robert Lemke*, 21 Mag. 521

Dear Judge Freeman:

      This morning, the defendant in the above-captioned case was arrested. The Government, therefore, respectfully requests that Complaint 21 Mag. 521 be unsealed. A proposed Order is enclosed for the Court's consideration.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney

By:   _____
                Kyle A. Wirshba
                Assistant United States Attorney
                (212) 637-2493

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :
                               :    ORDER
        - v. -                 :
                               :    21 Mag. 521
ROBERT LEMKE,                  :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Kyle A. Wirshba;

It is found that the Complaint and other filings in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have the case unsealed, it is therefore

ORDERED that the Complaint and other filings in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         January 26, 2021

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK